[No. 36527-4-I.    Division One.    October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEE TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06588-9, Kathleen Learned, J., entered April 3, 1996. *Dismissed* by unpublished per curiam opinion.


[No. 36564-9-I.    Division One.    October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04851-0, James A. Noe, J., entered June 5, 1995. *Dismissed* by unpublished per curiam opinion.


[No. 36724-2-I.    Division One.    October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHESTER G. BRYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00307-5, James A. Noe, J., entered May 26, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 36726-9-I.    Division One.    October 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY LEE DUMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-08338-1, Richard M. Ishikawa, J., entered May 30, 1995. *Affirmed* by unpublished per curiam opinion.